==================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
------------------------------------------------------------------
No. 71   SSM 3
Marta Alvarez,
            Appellant,
        v.
NYLL Management Ltd., et al.,
            Respondents.




          Submitted by James M. Sheridan, Jr., for appellant.
          Submitted by Colin F. Morrissey, for respondents.
          New York State Trial Lawyers Association, amicus
curiae.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs.  The Appellate Division correctly
concluded that plaintiff failed to raise a triable issue of fact
whether she suffered a serious injury within the meaning of
Insurance Law § 5102(d) as a result of the underlying motor
vehicle accident.  Chief Judge Lippman and Judges Read, Pigott,
Rivera and Abdus-Salaam concur.  Judges Stein and Fahey took no
part.


Decided February 12, 2015